AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| RODRIGO VALDEZ-RUBIO | CASE NUMBER: 08CR2139-BEN / 08MJ1745 |

    I, RODRIGO VALDEZ-RUBIO, the above named defendant, who is accused of the committing the following offense:

    Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6/26/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

X Rodrigo Valdez
Defendant

Counsel for Defendant

Before _____
        Judicial Officer

**FILED**
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY